

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2017

No. 04-16-00572-CV

Ronald F. **AVERY**,
Appellant

v.

**GUADALUPE COUNTY APPRAISAL DISTRICT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2442-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file reply brief is hereby GRANTED.  Time is extended to February 13, 2017.

It is so **ORDERED** on February 7, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court